FILED

JAN 2 5 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

## FOR THE EASTERN DISTRICT OF VIRGINIA
### NEWPORT NEWS DIVISION

UNITED STATES OF AMERICA

    v.

LEROY R.B. RAYMOND

CASE NO.  VA98 – E1075684

COURT DATE: February 10, 2025

4.25 mj5

## CRIMINAL INFORMATION

### CHARGE ONE

Ticket No. E1075684

THE UNITED STATES ATTORNEY CHARGES:

That on or about November 26, 2024, at Langley Air Force Base, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, LEROY R.B. RAYMOND, willfully concealed or took possession of the goods or merchandise of the United States, to wit: government property valued at the amount of $257.94. (In violation of Title 18, United States Code, Section 641).

ERIK S. SIEBERT
United States Attorney

BY: _____
Joshua N. Stuckey
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 225-9139
Email:  joshua.stuckey.2@us.af.mil

<u>CERTIFICATE OF SERVICE</u>

I, Joshua N. Stuckey, hereby certify that on 24 January 2025, I caused a true and correct copy of the foregoing criminal information to be given to the defendant, LEROY R.B. RAYMOND

ERIK S. SIEBERT
United States Attorney

BY: _____
Joshua N. Stuckey
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 225-9139
Email: joshua.stuckey.2@us.af.mil